UNITED STATES BANKRUPTCY COURT
NEW JERSEY
-----------------------------------------------X

IN RE:

    MARIO MARQUEZ

    DEBTOR

-----------------------------------------------X

Case No.: 21-19530
Chapter: 13
Hon. Judge Meisel

### CERTIFICATION IN SUPPORT OF AMENDMENTS

Comes now affiant Mario Marquez being first sworn and states as follows based upon his own personal knowledge:

1. I, Mario Marquez filed for a Chapter 13 in due to financial hardship and a desire to repay my creditors

2. My intent was to disclose all my assets and income and to repay my creditors.

3. During the year of 2020 I purchased 47 gold coins for investment and hoping to finance my future retirement.

4. Within the same time frame around February and October 2020 I was distracted with an emergency home improvement, where I ran into major issues with contractors, no finishing the agreed work, failing to get permits, and taking my money without finishing their work, on top of that state COVID restrictions for non-essential work.

5. Around the same time frame mentioned above I went thru a very devastating breakup from a long-term relationship.

6. Between May and November 2021(7 months), I've dealt with work related problems (discrimination, retaliation, work overload) which at the end resulted in my unfair termination of employment.

7. All the above major life events contributed to losing track of these gold coins.

8. I kept these coins locked in a secure box in my home and rarely inspect, view, or otherwise take notice of the coins.

9. I mistakenly failed to disclose these coins because they are out of view, out of consideration.

10. As my attorney requested and the trustee questioned if I included all of my assets, I truly believed that I was answering correctly and honestly.

11. After not receiving a package that I ordered online on 1/16/23 I filed a police report and provided video footage of an individual with his face covered looking at my security cameras and taking my package that had been delivered earlier in the day.

12. After watching this person walk with so much confidence, looking directly at my security cameras and with his head covered I got really scared and that's when I realized after a very long time that I had other valuables hidden in the house.

13. I checked throughout my home, and it was the first time in years that I thought of my coins.

14. On January 16, I filed a claim with my insurance company, at this point I don't know if I will get reimbursed for the loss of these coins since I don't know when they went missing and there was not forcefully break into my house, but my spare keys were missing.

15. My insurance claim is still in pending status and there is a highly chance that I will not be reimbursed for these valuables.

16. As I stated in paragraph 2 my intent was to disclose all my assets, income and to repay all my creditors, the only asset that I have now is my property where I reside in Kearny and If I need to use my property to repay my creditors will gladly do.

FURTHER AFFIANT SAYETH NOT

*/s/*

Mario Marquez

STATE OF NEW JERSEY
COUNTY OF ESSEX

BEFORE ME, the undersigned a notary for Essex County personally appeared and acknowledged execution of the above forgoing instrument this 10th Day of May 2023

/s/ Michelle Labayen