| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004-1550<br>(973) 227-2840<br>Chapter 13 Standing Trustee |
| In Re:<br><br>Mario Marquez |

**Order Filed on June 15, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  21-19530

Hearing Date:  6/14/2023

Judge:  Stacey L. Meisel

# INTERIM ORDER ON MOTION TO COMPEL

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 15, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Mario Marquez

Case No. 21-19530

Caption of Order: **INTERIM ORDER ON MOTION TO COMPEL**

---

THIS MATTER having come before the Court on a Motion to Compel on 6/14/2023 and good and sufficient cause appearing therefrom for the entry of this Order it is hereby

ORDERED, that the debtor must provide the Standing Trustee with a full copy of all insurance policies in place at the time of filing and any currently in place by 6/28/2023; and it is further

ORDERED, that the debtor must provide the Standing Trustee with a full copy of the police report and all insurance claims made as a result of the incident as referred to in the Certification in Support of the Motion by 6/28/2023; and it is further

ORDERED, that the debtor must provide the Standing Trustee under oath a list of all assets, of any kind, which he came into possession of by any means since the filing and must amend schedules as necessary by 6/28/2023; and it is further

ORDERED, that the Motion to Compel is adjourned to 7/12/2023 at 10:00 am.