UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004-1550
(973) 227-2840
Chapter 13 Standing Trustee

Order Filed on June 15, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mario Marquez

Case No.: 21-19530

Hearing Date: 6/14/2023

Judge: Stacey L. Meisel

# INTERIM ORDER ON MOTION TO COMPEL

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 15, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Mario Marquez

Case No. 21-19530

Caption of Order: **INTERIM ORDER ON MOTION TO COMPEL**

---

THIS MATTER having come before the Court on a Motion to Compel on 6/14/2023 and good and sufficient cause appearing therefrom for the entry of this Order it is hereby

ORDERED, that the debtor must provide the Standing Trustee with a full copy of all insurance policies in place at the time of filing and any currently in place by 6/28/2023; and it is further

ORDERED, that the debtor must provide the Standing Trustee with a full copy of the police report and all insurance claims made as a result of the incident as referred to in the Certification in Support of the Motion by 6/28/2023; and it is further

ORDERED, that the debtor must provide the Standing Trustee under oath a list of all assets, of any kind, which he came into possession of by any means since the filing and must amend schedules as necessary by 6/28/2023; and it is further

ORDERED, that the Motion to Compel is adjourned to 7/12/2023 at 10:00 am.

United States Bankruptcy Court

District of New Jersey

In re:  
Mario Marquez  
    Debtor

Case No. 21-19530-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jun 15, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mario Marquez, 18 Schuyler Ave, Kearny, NJ 07032-5929 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Mario Marquez michelle@labayenlaw.com rahaf@labayenlaw.com;arly@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jun 15, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 6